AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JABALI JEROME HOWARD,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 118-039

BENJAMIN FORD, Warden, Calhoun State Prison,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on October 17, 2018, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court; therefore, the Court OVERRULES the objections, DENIES the instant petition brought pursuant to 28 U.S.C. § 2254, DENIES a COA in this case and to appeal in forma pauperis, and CLOSES this civil action. Judgment is hereby entered in favor of Respondent.

10/18/2018
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03