IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JABALI JEROME HOWARD, | ) |
| Petitioner-Appellant, | ) ) ) |
| vs. | ) Case No.: CV 118-039 ) ) Appeal No.: 18-14571-B |
| WARDEN, et. al., | ) ) |
| Respondents, | ) ) |
| WARDEN, CALHOUN STATE PRISON, | ) ) |
| Respondent-Appellee. | ) |

## O R D E R

The motion of appellant for a certificate of appealability having been denied and the motion of appellant for leave to proceed *in forma pauperis* having been denied as moot in the above-styled action by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this ____4th____ day of April, 2019.

_____
HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA